UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                   Case No. 14-CR-231

**JASON J. TYSON,**

    Defendant.

## DECISION AND ORDER

Defendant Jason Tyson (Tyson) filed an amended motion to suppress the evidence gathered by the police at the time of his stop and arrest. An evidentiary hearing was held before Magistrate Judge William E. Duffin, and he issued a recommendation to this Court that the motion be denied.

The Court has read the recommendation and reviewed all the relevant findings and rules as follows. The Court adopts the recommendation *in toto*. The Court incorporates the conclusions of Judge Duffin and the rationale supporting those conclusions with this order. Therefore, Tyson's amended motion to suppress is denied.

**IT IS HEREBY ORDERED THAT:**

Tyson's amended motion to suppress (ECF No. 11) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2015.

                            **BY THE COURT:**

                            *[signature]*
                            **HON. RUDOLPH T. RANDA**
                            **U.S. District Judge**